UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
ARA ACOSTA,                                                             :
:
                Plaintiff,                                      :
:    25 Civ. 1119 (JPC)
     -v-                                                              :
:    <u>ORDER</u>
THE NEW YORK TIMES COMPANY *et al.*,                                    :
:
                Defendants.                                     :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       Pursuant to the briefing schedule set by the Court, Dkt. 20, Defendants filed a motion to dismiss Plaintiff's Complaint on June 2, 2025. Dkts. 24-26. Thereafter, on July 2, 2025, Plaintiff filed an amended complaint. Dkt. 27. To the extent that Plaintiff seeks to amend as of right under Federal Rule of Civil Procedure 15(a)(1)(B), it appears that Plaintiff filed the amended complaint more than twenty-one days after Defendants' service of the motion to dismiss, rendering the amended complaint untimely under that provision. *See* Fed. R. Civ. P. 15(a)(1)(B).

       Accordingly, Defendants are directed to file a letter on or before July 10, 2025, stating whether they oppose the Court accepting the amended complaint pursuant to Rule 15(a)(2) instead. Defendants should also indicate whether they wish to file a renewed motion to dismiss or to stand on their existing motion.

       SO ORDERED.

Dated: July 7, 2025
       New York, New York
                                                     JOHN P. CRONAN
                                                      United States District Judge