

**Littler Mendelson, P.C.**
290 Broadhollow Road
Suite 305
Melville, New York 11747

Lisa M. Griffith
Shareholder
631.247.4709 direct
631.247.4700 main
631.850.5363 fax
lgriffith@littler.com

July 10, 2025

**VIA ECF**

Honorable John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:     <u>Ara Acosta v. The New York Times Company, et al.</u>
        Case No. 1:25-cv-01119 (JPC)

Dear Judge Cronan:

We represent Defendants The New York Times Company d/b/a The New York Times and Pamela Dryfoos (collectively "Defendants") in the above referenced action. We write pursuant to the Court's July 7, 2025 Order directing Defendants to indicate whether they oppose the Court accepting the amended complaint pursuant to Rule 15(a)(2), and whether Defendants wish to file a renewed motion to dismiss or to stand on their existing motion. ECF Doc. 28.

Defendants do not oppose the Court accepting the amended complaint pursuant to Rule 15(a)(2). Defendants request the Court's permission to file a renewed motion to dismiss the amended complaint. Defendants respectfully request that the Court afford them three weeks to file the renewed motion to dismiss to allow Defendants' adequate time to address Plaintiff's amended allegations.

Thank you for your time and consideration.

Sincerely,

*/s/ Lisa M. Griffith*

The Court accepts the First Amended Complaint, Dkt. 27, as Plaintiff's operative pleading in this matter pursuant to Federal Rule of Civil Procedure 15(a)(2).  Defendants' motion to dismiss Plaintiff's initial Complaint, Dkt. 24, is denied without prejudice as moot.

The instant request to file a motion to dismiss the First Amended Complaint is granted.  Defendants shall file the motion on or before August 1, 2025.  Plaintiff shall file an opposition on or before September 1, 2025.  Defendants may file a reply on or before September 15, 2025.

The Clerk of Court is respectfully directed to close Docket Numbers 24 and 29.

SO ORDERED.
Date: July 11, 2025
New York, New York

_____
JOHN P. CRONAN
United States District Judge