UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                :
ARA ACOSTA,                :
                :
           Plaintiff,            :
                :      25 Civ. 1119 (JPC)
      -v-                :
                :      <u>ORDER</u>
THE NEW YORK TIMES COMPANY *et al.*,  :
                :
           Defendants.         :
                :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

        The Court will hold an in-person conference on the pending discovery disputes, *see* Dkts. 44-45, on November 13, 2025, at 3:00 p.m. At the conference, the parties may present any further arguments to supplement their letters regarding the disputes. The parties also should be prepared to address whether any of the disputes have been resolved and discuss their required meet-and-confer efforts. The conference will take place in Courtroom 12D of the Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York, New York 10007.

        SO ORDERED.

Dated: November 10, 2025
       New York, New York
                                            JOHN P. CRONAN
                                            United States District Judge