**Joseph & Norinsberg**
*Fighting for Employee Justice*

| Downtown Manhattan Office | Midtown Manhattan Office | Newark Office |
| --- | --- | --- |
| One World Trade Center, 85th Floor | 825 Third Avenue, Suite 2100 | One Gateway Center, Suite 2600 |
| New York, New York 10007 | New York, New York 10022 | Newark, New Jersey 07102 |
| Philadelphia Office | Boston Office | Orlando Office |
| 1650 Market Street, Suite 3600 | 225 Franklin Street, 26th Floor | 300 N. New York Avenue, Suite 832 |
| Philadelphia, Pennsylvania 19103 | Boston, Massachusetts 02110 | Winter Park, Florida 32790 |

**Daniel Needham, Esq.**
E-mail: dneedham@employeejustice.com

November 12, 2025

*<u>Via ECF Only</u>*
The Honorable John P. Cronan, U.S.D.J.
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re: *Ara Acosta v. The New York Times Company et al*
        <u>Case. No.: 1:2025-cv-01119</u>

Dear Judge Cronan:

  We represent Plaintiff in the above-named action. Plaintiff respectfully moves, pursuant to Your Honor's Individual Practices, to adjourn by one week the in-person discovery conference currently set for Thursday, November 13, 2025 at 3:00 p.m. (Order dated Nov. 10, 2025; ECF No. 46). See Dkts. 44–45.

  The reason for this request is that there has been a recent internal reassignment of primary handling responsibilities on Plaintiff's side following the departure of prior lead counsel. A brief adjournment will ensure continuity of counsel for the appearance. No prior requests have been made to adjourn this conference. Defendants do not consent and wish to proceed on Nov. 13.

  This request is being made less than 48 hours before the scheduled appearance. Plaintiff respectfully asks the Court to excuse the timing in light of the circumstances described above. Plaintiff respectfully submits that a brief, one-week adjournment will promote efficiency without impacting other case deadlines. No other dates require modification as a result of this request, and no revised Case Management Plan is necessary.

Proposed new dates (subject to the Court's preference):

1. Thursday, November 20, 2025 at 3:00 p.m.
2. Friday, November 21, 2025 at 11:00 a.m. or 3:00 p.m.
3. Monday, November 24, 2025 at 2:00 p.m.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

\_\_*/s/ Daniel Needham*_____
Daniel Needham, Esq.

Subject to Defendants' availability, the in-person conference scheduled for November 13, 2025, at 3:00 p.m. is adjourned to November 20, 2025, at 3:00 p.m. The Clerk of Court is respectfully directed to close Docket Number 48.

SO ORDERED.
Date: November 12, 2025
New York, New York

JOHN P. CRONAN
United States District Judge

2