UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                    :
ARA ACOSTA,                                                         :
                                                                    :
                                    Plaintiff,                      :
                                                                    :                25 Civ. 1119 (JPC)
                    -v-                                             :
                                                                    :                ORDER
THE NEW YORK TIMES COMPANY *et al.*,                                :
                                                                    :
                                    Defendants.                     :
                                                                    :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

The Court will hold an in-person conference on the pending discovery disputes, *see* Dkts. 59-60, on January 13, 2026, at 3:30 p.m.  Plaintiff Ara Acosta shall attend the conference.  At the conference, the parties should be prepared to address whether any of the disputes have been resolved and discuss their required meet-and-confer efforts.  The parties should also be prepared to discuss, among other things: (1) whether Plaintiff's counsel has been "actively involved in searching and producing discovery to" Defendants, *e.g.*, *Grullon v. Lewis*, No. 24 Civ. 4892 (VEC) (SN), 2025 WL 1693425, at *1 (S.D.N.Y. June 17, 2025); (2) why the "drastic discovery measure" of forensically examining Plaintiff's cell phone is warranted, *e.g.*, *Lolllytogs, Ltd. v. Meadow Oaks Educ. Found.*, No. 24 Civ. 7682 (JAV), 2025 WL 2382317, at *1 (S.D.N.Y. July 23, 2025) (internal quotation marks omitted); and (3) proposed discovery deadline extensions.  The conference will take place in Courtroom 12D of the Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York, New York 10007.

        SO ORDERED.

Dated: December 29, 2025                          _____
       New York, New York                                    JOHN P. CRONAN
                                                          United States District Judge