UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                        :

ARA ACOSTA,                      :

             Plaintiff,        :

                      :       25 Civ. 1119 (JPC)
      -v-              :

                      :        ORDER

THE NEW YORK TIMES COMPANY *et al.*,  :

                      :

           Defendants.   :

                      :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

     The in-person conference currently scheduled for January 13, 2026, at 3:30 p.m., Dkt. 61,

will now take place at 2:30 p.m. the same day.

     SO ORDERED.

Dated: January 2, 2026
      New York, New York            _____

                                     JOHN P. CRONAN
                            United States District Judge