UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
                    :

ARA ACOSTA,                   :

             Plaintiff,      :

                    :          25 Civ. 1119 (JPC)

     -v-                :

                    :          <u>ORDER</u>

THE NEW YORK TIMES COMPANY *et al.*,  :

                    :

         Defendants.    :

                    :

-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      The parties shall jointly file a letter as to the status of discovery by March 20, 2026.

      SO ORDERED.

Dated: March 16, 2026
      New York, New York

                               JOHN P. CRONAN
                        United States District Judge