

| Downtown Manhattan Office | Midtown Manhattan Office | Newark Office |
|---|---|---|
| One World Trade Center, 85th Floor New York, New York 10007 | 825 Third Avenue, Suite 2100 New York, New York 10022 | One Gateway Center, Suite 2600 Newark, New Jersey 07102 |
| **Philadelphia Office** | **Boston Office** | **Orlando Office** |
| 1650 Market Street, Suite 3600 Philadelphia, Pennsylvania 19103 | 225 Franklin Street, 26th Floor Boston, Massachusetts 02110 | 300 N. New York Avenue, Suite 832 Winter Park, Florida 32790 |

**Madeline Howard, Esq.**
madeline@employeejustice.com

March 20, 2026

<u>***Via ECF Only***</u>
The Honorable John P. Cronan, U.S.D.J.
Southern District of New York
500 Pearl Street
New York, NY 10007

      **Re:**    ***Ara Acosta v. The New York Times Company et al***
               <u>**Case. No.: 1:2025-cv-01119**</u>

Dear Judge Cronan:

      The parties write jointly to inform the Court that this matter has been resolved and we anticipate filing a stipulation of dismissal shortly.

               Respectfully submitted,

               Madeline Howard, Esq.