UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                          :

ARA ACOSTA,                          :

                   Plaintiff,       :

                          :        25 Civ. 1119 (JPC)

      -v-                    :

                          :         ORDER

THE NEW YORK TIMES COMPANY *et al.*,  :

                          :

            Defendants.    :

                          :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       On March 20, 2026, the parties reported that "this matter has been resolved and [they] anticipate filing a stipulation of dismissal shortly." Dkt. 68. To date, no such stipulation has been filed. The parties shall file the stipulation or, alternatively, a joint status letter by April 13, 2026.

       SO ORDERED.

Dated: April 8, 2026
      New York, New York                _____
                                  JOHN P. CRONAN
                          United States District Judge